198 S.W.3d 623 (2006)
In the Interest of K.D.C., L.M.C., J.L.C., Plaintiffs.
D.C. (Father); Juvenile Officer, Respondents,
v.
L.M.M. (Mother), Appellant.
Nos. WD 65895, WD 65896, WD 65897.
Missouri Court of Appeals, Western District.
July 18, 2006.
Motion for Rehearing and/or Transfer Denied August 29, 2006.
Thomas C. Fincham, Gladstone, MO, for appellant.
John R. Shank, Jr., Kansasa City, MO, for respondent, Juvenile Officer.
Kenneth D. Hassler, Kansas City, MO, for respondent, D.C.
K.D.C., L.M.C. and J.L.C., for plaintiffs.
Before THOMAS H. NEWTON, P.J., PATRICIA A. BRECKENRIDGE, and PAUL M. SPINDEN, JJ.
Motion for Rehearing and/or Transfer to Supreme Court Denied August 29, 2006.

ORDER
PER CURIAM.
L.M.M. (Mother) appeals the judgment of the circuit court of Clay County, Family Court Division which removed three of Mother's children from her custody to the Clay County Children's Division (Children's Division) for placement in the home of D.C. (Father).
For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).